GILBERT D. CLAVETTE ET AL. *v.* ELIZABETH M. KAMINSKY

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Joseph F. Keefe,* in support of the petition.

*Francis J. McCarthy,* in opposition.

Submitted June 9—decided June 16, 1970

STATE OF CONNECTICUT *v.* MORRIS SULMAN

The petition by Hyman Wilensky for leave to file a brief as amicus curiae in the appeal from the Superior Court in New London County is granted.

*Hyman Wilensky,* in support of the petition.

Submitted June 18—decided June 23, 1970

FRANK J. DiSESA, EXECUTOR (ESTATE OF DANIEL F. B. HICKEY) *v.* CARMELA HICKEY ET AL.

The motion by the named defendant for a stay of proceedings in the appeal from the Superior Court in Fairfield County is denied.

*John W. Barnett,* in support of the motion.